UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARGARET C. COUNSELLER, MARVIN L. COUNSELLER,

Plaintiffs,

-vs-                                             Case No. 6:09-cv-305-Orl-35KRS

HARSH MANCHANDA, MAC (USA) TRADE, INC., EAST PALM RESORT CONDOMINIUM ASSOCIATION, HOLIDAYS IN RESORT, INC.,

Defendants.

| JUDGE | Karla R. Spaulding | DATE AND TIME | December 4, 2009 1:30-5:30 |
|---|---|---|---|
| DEPUTY CLERK | Edward Jackson | TAPE/REPORTER | DIGITAL |
| COUNSEL/PLTF.(S) | Jesse L. Skipper | COUNSEL/DEFT.(S) | Harsh Manchanda |

## CLERK'S MINUTES

### SETTLEMENT CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Settlement Conference held.
Settlement reached. Terms stated on sealed record.